IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAMIEN BIRO,**

**Plaintiff,**

**v.**

**UNITED STATES POSTAL SERVICE,**

**Defendant.**                         No. 3:13-cv-741-DRH-PMF

### ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal (Doc. 14) without prejudice and without costs filed by the parties under FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that this case is **DISMISSED without prejudice** and **WITHOUT COSTS**.

**IT IS SO ORDERED.**

Signed this 19th day of September, 2014.

Digitally signed by David R. Herndon
Date: 2014.09.19 15:52:28 -05'00'

**Chief Judge**
**United States District Judge**